UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL HENSLEY,<br>Plaintiff,<br>v.<br>HEAD OF I.R.S., et al.,<br>Defendants. | Case No. 21-cv-02514-PJH<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner proceeding pro se in Indiana, filed a civil action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the court. The case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: May 24, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge